1  ROBERT F. GREER, WSBA #15619
2  RICHARD C. FELTMAN, WSBA #8320
   FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
3  421 W. Riverside, Suite 1400
4  Spokane, WA 99201
   (509 838-6800
5  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE SCHNEIDER and LES SCHNEIDER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES F. DUFF and JANE DOE DUFF, husband and wife, and the marital community composed thereof d/b/a DUFF'S QUALITY HAY,<br><br>Defendants. | No.<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

Defendant James Duff and Jane Doe Duff, d/b/a Duff's Quality Hay, by and their his attorneys, hereby removes the above-captioned action, currently pending in Superior Court of Spokane County, Washington, to the United States District Court for the Eastern District of Washington.  Removal is based on 28 U.S.C. §

NOTICE OF REMOVAL- 1
R:\Greer\Duff 14190\Pleadings Federal Court\Notice of Removal to Federal Court.doc

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
1400 PAULSEN CENTER - 421 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0495
509-838-6800; FACSIMILE: 509-744-3436

1332 (diversity jurisdiction) and authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, Defendant states as follows:

## BACKGROUND

1. Plaintiffs Stephanie Schneider and Les Schneider commenced this action by filing in Spokane County Superior Court the Summons and Complaint on or about May 8, 2015 (the "State Court Action"). Greer Decl. at ¶ 2, Ex. A (Summons), Ex. B (Complaint). The State Court has been assigned case number 15-2-01775-1. Id.

2. Counsel for Defendant received a copy of the Summons and Complaint via delivery on May 12, 2015. See Greer Decl. ¶ 3. This was the first notice Defendant had that Plaintiffs had commenced the State Court Action. Id. at ¶ 3.

## STATUTORY REQUIREMENTS

3. Diversity jurisdiction under 28 U.S.C. § 1332(a)(1) exists because this action is between citizens of different states and the amount in controversy exceeds $75,000.00.

4. Complete diversity exists, as Plaintiffs and Defendant are citizens of different states:

NOTICE OF REMOVAL- 2
R:\Greer\Duff 14190\Pleadings Federal Court\Notice of Removal to Federal Court.doc

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
1400 PAULSEN CENTER - 421 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0495
509-838-6800; FACSIMILE: 509-744-3436

a. Plaintiffs Stephanie Schneider and Les Schneider are citizens and residents of the State of Washington. Greer Decl. ¶ 4.

b. Defendant James Duff and Jane Doe Duff d/b/a Duff's Quality Hay is a resident and citizen of the State of Oregon. Greer Decl. ¶ 5.

5. The amount in controversy exceeds $75,000.00, because based on a good faith belief Plaintiffs seek damages in excess of $75,000.00. Greer Decl. at ¶ 2.

## PROCEDURAL REQUIREMENTS

6. <u>Removal to this Court is Proper.</u> Pursuant to 28 U.S.C. §§ 1441(a)-(b) and 1446(a), Defendant files this Notice of Removal in the United States District Court for the Eastern District of Washington, which is the federal district court embracing the state court where Plaintiffs have brought the State Court Action – in Spokane County, Washington. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 128(a).

7. <u>Removal Is Timely.</u> "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading . . .." 28 U.S.C. § 1446(b)(1). The Summons and Complaint were received by Defendant's attorney on May 12, 2015. Greer Decl.

NOTICE OF REMOVAL- 3
R:\Greer\Duff 14190\Pleadings Federal Court\Notice of Removal to Federal Court.doc

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
1400 PAULSEN CENTER - 421 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0495
509-838-6800; FACSIMILE: 509-744-3436

at ¶ 3. The Complaint seeks unspecified amounts for special and general damages and Defendant has a good faith belief that the amount exceeds $75,000.00. Greer Decl. ¶ 2. Defendant has filed this Notice within 30 days of receipt of the Summons and Complaint. As such, removal is timely. See 28 U.S.C. § 1446(a).

8. <u>Bond and Verification.</u> Pursuant to Section 1016 of the Judicial Improvements and Access to Justice Act of 1988, no bond is required in connection with this Notice of Removal. Pursuant to Section 1016 of the Act, this Notice need not be verified.

9. <u>Signature.</u> This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. See 28 U.S.C. § 1446(a).

10. <u>Pleadings and Process.</u> True and correct copies of the pleadings received by the attorney for Defendant are attached to the Greer declaration. Defendant has paid the appropriate filing fee to the Clerk of this Court upon the filing of this Notice.

11. <u>Notice.</u> Defendant will promptly serve Plaintiffs and file with this Court its Notice of Removal to All Adverse Parties, informing Plaintiffs that this matter has been removed to federal court. See 28 U.S.C. §§ 1446(a), (d). Defendant will also promptly file with the Clerk of the Superior Court of

NOTICE OF REMOVAL- 4
R:\Greer\Duff 14190\Pleadings Federal Court\Notice of Removal to Federal Court.doc

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
1400 PAULSEN CENTER - 421 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0495
509-838-6800; FACSIMILE: 509-744-3436

Washington, County of Spokane, and serve on Plaintiffs, a Notice to Clerk of Removal to Federal Court, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, this action should proceed in the United States District Court for the Eastern District of Washington, as an action properly removed thereto.

DATED: May 27, 2015.

                    FELTMAN, GEBHARDT, GREER
                    & ZEIMANTZ, P.S.


By: /s/ Robert F. Greer
     ROBERT F. GREER, WSBA #15619
     RICHARD C. FELTMAN
     WSBA #8320
     Attorneys for Defendant

NOTICE OF REMOVAL- 5
R:\Greer\Duff 14190\Pleadings Federal Court\Notice of Removal to Federal Court.doc

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
Attorneys at Law
1400 PAULSEN CENTER - 421 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0495
509-838-6800; FACSIMILE: 509-744-3436

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

ATTORNEY FOR PLAINTIFFS
Scott Lundberg
Graham Lundberg Peschel, P.S. Inc.
601 W. Main Ave., Suite 305
Spokane, WA 99201
sflundberg@glpattorneys.com

Janelle M. Carney
Graham Lundberg Peschel, P.S. Inc.
601 W. Main Ave., Suite 305
Spokane, WA 99201
jmcarney@glpattorneys.com

And a copy will be e-mailed and mailed to:
ATTORNEY FOR PLAINTIFFS
Scott Lundberg
Graham Lundberg Peschel, P.S. Inc.
601 W. Main Ave., Suite 305
Spokane, WA 99201

Janelle M. Carney
Graham Lundberg Peschel, P.S. Inc.
601 W. Main Ave., Suite 305
Spokane, WA 99201

DATED: May 27, 2015.

_____/s/ Jan Perrey_____
JAN PERREY

NOTICE OF REMOVAL- 6
R:\Greer\Duff 14190\Pleadings Federal Court\Notice of Removal to Federal Court.doc

FELTMAN, GEBHARDT, GREER & ZEIMANTZ, P.S.
*Attorneys at Law*
1400 PAULSEN CENTER - 421 W. RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201-0495
509-838-6800; FACSIMILE: 509-744-3436