UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE SCHNEIDER and LES SCHNEIDER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES F. DUFF and JANE DOE DUFF, husband and wife, and the marital community composed thereof d/b/a DUFF'S QUALITY HAY,<br><br>Defendants. | NO: 2:15-CV-0138-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 45). The parties stipulate and agree that this case has been settled and may be dismissed with prejudice with all parties bearing their own attorney fees and costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS ORDERED:**

1. All claims are **DISMISSED with prejudice**; each party shall bears its own attorney fees and costs.

ORDER OF DISMISSAL ~ 1

2. All pending motions are **DENIED** as moot and all pending hearing and trial dates are stricken from the Court's calendar.

3. The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated August 22, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2